**Order entered November 24, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00696-CV

## IN RE J&S UTILITIES, LLC, Relator

**Original Proceeding from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC20-03204A**

## ORDER
Before Chief Justice Burns, Justice Myers, and Justice Evans

In accordance with the Court's opinion of this date, the petition for writ of mandamus is **CONDITIONALLY GRANTED**. The Court **ORDERS** the trial court (1) to **VACATE** its May 29, 2020 Order on Plaintiffs' Summary Motion to Remove Invalid Lien, and (2) to **HOLD** an evidentiary hearing on the Summary Motion to Remove Invalid Lien before granting the summary motion if relator continues to oppose it.

The Court further **ORDERS** the trial judge to file with this Court, within **THIRTY DAYS** of the date of this order, a certified copy of the order vacating its

May 29, 2020 Order on Plaintiffs' Summary Motion to Remove Invalid Lien.  A writ will only issue if the trial court fails to comply with this Order.

/s/    DAVID EVANS
        JUSTICE